■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD ARMSTRONG, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cohen, J.), rendered January 4, 1985, convicting him of attempted robbery in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Despite the minor inconsistencies in the complainant's testimony, the evidence presented was sufficient to support the verdict since a rational trier of fact could have found the

essential elements of the crime beyond a reasonable doubt *(see, People v Jackson,* 114 AD2d 858; *People v Herriot,* 110 AD2d 851, 852). No objections were made to any part of the prosecutor's summation, and consequently the claims of prosecutorial misconduct are entirely unpreserved *(see, People v Nuccie,* 57 NY2d 818, 819; *People v George,* 108 AD2d 870). In any event, the defendant was not substantially prejudiced by any of the prosecutor's comments *(see, People v Galloway,* 54 NY2d 396, 399; *People v Roopchand,* 107 AD2d 35, 36, *affd* 65 NY2d 837). His further claim that the complainant's identification testimony was improperly bolstered by the testimony of the People's two police witnesses is similarly unpreserved *(see, People v Love,* 57 NY2d 1023). In view of the defendant's criminal record, the sentence imposed was not excessive and appellate modification is not warranted *(see, People v Suitte,* 90 AD2d 80). Lazer, J. P., Thompson, Lawrence and Eiber, JJ., concur.